# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Patrick A. Linstruth,

    Plaintiff(s),

v.

United States,

    Defendant(s).

Case No.  1:05mc038

(Judge Michael H. Watson)

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the November 3, 2005, Magistrate Judge's Report and Recommendation (Doc. 4).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). To date, no objections to the November 3, 2005, Magistrate Judge's Report and Recommendation have been filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. § 636, the Court finds no error in the Magistrate Judge's Report and Recommendation. Accordingly, the November 3, 2005, Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The United States Motion to Dismiss (Doc. 3) is **GRANTED**. The Petition to Quash is **DENIED**. This action is **DISMISSED**.

/s/ Michael H. Watson
Michael H. Watson
United States District Judge

bac    November 22, 2005